**Affirm and Opinion Filed October 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01459-CR

### KAYLON LEREY OLIVER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. F12-28089-J

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Myers
Opinion by Justice FitzGerald

Kaylon Lerey Oliver waived a jury and pleaded guilty to aggravated assault with a deadly

weapon, a motor vehicle. *See* TEX. PENAL CODE ANN. § 22.02(a) (West 2011). The trial court

assessed punishment at fifteen years' imprisonment. On appeal, appellant's attorney filed a brief

in which she concludes the appeal is wholly frivolous and without merit. The brief meets the

requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional

evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See*

*High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a

copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.


/Kerry P. FitzGerald/_____
KERRY P. FITZGERALD
JUSTICE


Do Not Publish
TEX. R. APP. P. 47
121459F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KAYLON LEREY OLIVER, Appellant

No. 05-12-01459-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F12-28089-J).
Opinion delivered by Justice FitzGerald,
Justices Francis and Myers participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered October 28, 2013

/Kerry P. FitzGerald_____
KERRY P. FITZGERALD
JUSTICE

-3-